UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

STEVEN ROTH on behalf of himself and         Case No. 1:15-cv-06208-DLI-RML
all other similarly situated consumers

                                                Plaintiff,         **STIPULATION OF**
                                                          **DISMISSAL**

        -against-

CENTRAL CREDIT SERVICES LLC
F/K/A VELDOS, LLC

                                                Defendant.
_____

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Brooklyn, New York            Dated:  Flemington, New Jersey
        May 17, 2016                               May 17, 2016

 /s/ Maxim Maximov_____          /s/ Aaron R. Easley_____
Maxim Maximov, Esq.                   Aaron R Easley, Esq..
Maxim Maximov, LLP                   Sessions Fishman Nathan & Israel LLC
Attorney for the Plaintiff                Attorney for the Defendant
1701 Avenue P                            3 Cross Creek Drive
Brooklyn, New York 11229            Flemington, New Jersey 08822
Office: (718) 395-3459                  Office: (908) 237-1660
Facsimile: (718) 408-9570            Fax: (908) 237-1663
E-mail: m@maximovlaw.com         E-mail: aeasley@sessions-law.biz